# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05cv89

| | |
|---|---|
| **KATHERINE JANE JENKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ARGENTINA ADAH HAYES; and** ) | |
| **CELADON TRUCKING SERVICES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion to Compel (#11). Counsel for defendants has notified the court that such motion has been resolved amicably between the parties. The court greatly appreciates the fine and professional manner in which respective counsel have resolved this issue.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Compel (#11) is **WITHDRAWN.**

**Signed: November 10, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge